# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA
### MIAMI DIVISION

### CASE NO.: 1:19-cv-20112-DPG

ANDRES GOMEZ,

           Plaintiff,

vs.

BEAL BANK USA,

           Defendant.

_____/

## JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE

Plaintiff, ANDRES GOMEZ ("Plaintiff") and Defendant, BEAL BANK USA ("Defendant"), by and through undersigned counsel and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), hereby stipulate to dismiss with prejudice each claim and count asserted by Plaintiff against Defendant in the above styled action, with each party to bear his/its own attorneys fees', costs and expenses.

Respectfully submitted,

By: _____
Anthony J. Perez, Esq.
Florida Bar No. 535451
Garcia-Menocal & Perez, P.L.
4937 SW 74th Court, #3
Miami, FL 33155
Tel: (305) 553-3464
Primary Email: ajperez@lawgmp.com
Secondary Email: mpomares@lawgmp.com
*Attorneys for Andres Gomez*

Respectfully submitted,

By: _____
DORA F. KAUFMAN
Florida Bar No. 771244
Liebler, Gonzalez & Portuondo
Courthouse Tower - 25th Floor
44 West Flagler Street
Miami, FL 33130
Tel: (305) 379-0400
Primary Email: dfk@lgplaw.com
Secondary Email: cmr@lgplaw.com
*Attorneys for Beal Bank, USA*